IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| KAREN ROBBINS and LEE ROBBINS, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Cause No. 2:17-cv-00001-HEA |
| ) | |
| LYNN J. WALLEY and ) | |
| HANNIBAL CLINIC OPERATIONS, L.L.C., ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL

Come now the parties, and pursuant to settlement, hereby stipulate to the dismissal of all claims, causes of action, plaintiffs' First Amended Complaint and all related pleadings, with prejudice.  The parties further stipulate that they shall bear their own court costs.


/s/Joseph R. Dulle
Joseph R. Dulle         #38416MO
STONE, LEYTON & GERSHMAN
  A PROFESSIONAL CORPORATION
7733 Forsyth Boulevard, Suite 500
St. Louis, MO  63105
(314) 721-7011
(314) 721-8660 – Fax
jdulle@stoneleyton.com

Attorneys for Plaintiffs

/s/David P. Ellington
David P. Ellington      #36109MO
Matthew G. Koehler   #48760MO
Halle L. Dimar           #59004MO
BROWN & JAMES, P.C.
800 Market Street, Suite 1100
St. Louis, Missouri  63101-2501
(314) 421-3400
(314) 421-3128 – Fax
dellington@bjpc.com
mkoehler@bjpc.com
hdimar@bjpc.com

Attorneys for Defendants